UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RASHEEN D. FAIRLY, | ) | 1:06-CV-1588 OWW WMW HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | |
| v. | ) | (DOCUMENT #10) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2241. On June 6, 2007, Respondent filed a request/motion to extend time to file a response to the petition for writ of habeas corpus. Inasmuch as Respondent filed its motion to dismiss on June 22, 2007, and Rspondent's filed his traverse on July 3, 2007, and good cause having been presented to the court, IT IS HEREBY ORDERED that:

Respondent's request/motion to extend time is GRANTED nunc pro tunc.

IT IS SO ORDERED.

**Dated:   July 13, 2007**                    **/s/  William M. Wunderlich**
                         ED STATES MAGISTRATE JUDGE